

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

SEP 23 2010

Stephan Harris, Clerk
Cheyenne

# United States District Court
## For The District of Wyoming

| UNITED STATES OF AMERICA, | |
|---|---|
| vs. | **WARRANT FOR ARREST** |
| **MICHAEL ALLEN COATES** | CASE NUMBER: 10-CR-269-D |

**To:**
The United States Marshal and any
Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **MICHAEL ALLEN COATES** and bring him forthwith to the nearest magistrate to answer an Indictment charging him with see attached in violation of see attached.

| Stephan Harris | Clerk of Court |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| Stephan Harris | September 23, 2010, Cheyenne, WY |
| Signature of Issuing Officer | Date and Location |
| By Deputy Clerk | |
| Bail fixed at $ DETAIN | By: Alan B. Johnson |
| | United States District Judge |

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |