## UNITED STATES DISTRICT COURT
### DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 10CR269-D    Date 9/30/2010 |
| VS | Time 5:37 - 5:49 pm |
| | ☒ Indictment   ☐ Information |
| | ☐ Complaint    ☐ Other |
| MICHAEL ALLEN COATES | ☒ IA   ☐ ARR   ☐ Det |
| DEFENDANT | ☐ Prelim        ☐ Rule 5 |
| | Offense 6 COUNT INDICTMENT |

Before the Honorable, **William F. Downes**

| Tiffany Dyer | Jamie Hendrich | Eric Distad | Shugart/Gist | Brian Hoose |
|---|---|---|---|---|
| Deputy Clerk | Court Reporter | Probation Officer | Asst. U.S. Attorney | Marshal |

INTERPRETER _____

**Appeared:**   ☐ Voluntarily   ☒ In-Custody

☒ Defendant filed financial affidavit and is informed of consequences if any false information is given

Attorney appearing
☐ FPD   ☐ PANEL-CJA   ☐ RETAINED   ☐ WAIVED

**Initial Appearance:**   Date 9/30/2010   (Comments) on Indictment

*******************************************************************************

**Arraignment:**
☐ Defendant waives indictment
☐ Information filed by Government
☐ Superseding indictment/information filed by Government

**Defendant Enters a Plea of:**
☐ Not guilty to count(s) _____ of an _____
☐ Guilty to count(s) _____ of an _____

Not Guilty Plea | Guilty Plea
☐ Court orders discovery per rule 16 FRCrP | ☐ Court is satisfied there is factual basis for a plea of guilty
☐ Court orders access to Grand Jury Transcripts | ☐ Defendant referred to probation for presentence investigation
☐ Motions to be filed in ____ days or | ☐ Defendant advised on consequence of a plea of guilty
  On / Before _____ | ☐ Plea agreement filed
☐ Trial date set for ____ at ____ | ☐ Sentencing set for ____ at ____
  In _____ | In _____
☐ Speedy trial expires on _____ | ☐ Plea conditionally accepted

☐ Other _____

### MAGISTRATE CRIMINAL PROCEEDING SHEET
Disposition by District Court

**Bail Review / Detention Hearing:**   Held _____   Set For 10/4/2010 ____   Waived _____
Bond Is:   ☐ Defendant is detained and committed to the custody of the U. S. Marshal

☐ Set at $ _____   ☐ Cash   ☐ Surety   ☐ Unsecured
☐ Continued on the same terms and conditions

**Terms and Conditions:**
☐ Obey all laws, Federal, State and Local
☐ Seek/Maintain employment
☐ 3rd party custody of _____
☐ Not use or possess firearms/ammunition/explosives
☐ Not use or possess alcohol
☐ Not use alcohol to excess
☐ Submit to drug/alcohol testing
☐ Do not obtain passport
☐ Surrender passport to _____
☐ Maintain current residence
☐ Report to Pretrial Services as directed
☐ Travel restricted to _____
☐ Abide by the following curfew _____
☐ Not use or possess controlled substances/drugs
☐ Avoid all contact with _____
☐ Post property or sum of money _____
☐ Undergo medical/psychiatric treatment/exam

*********************************************************************************

**Preliminary Hearing:**   Held _____   Set For _____
Witnesses _____
_____

**Outcome:**   ☐ Bound over to District Court   ☐ Dismissed

*********************************************************************************

**Removal Hearing:**   Held _____   Set For _____   Waived _____

**Identity Hearing:**   Held _____   Set For _____   Waived _____

Court orders defendant held to answer to U.S. District Court, District of _____
☐ Bond to transfer        Defendant to report on or before _____
☐ Warrant of removal and final commitment to issue

*********************************************************************************

Other
_____
_____
_____
_____
_____
_____

# MAGISTRATE CRIMINAL PROCEEDING SHEET
Disposition by District Court