# United States District Court
## For The District of Wyoming

UNITED STATES OF AMERICA,
                Plaintiff,

vs.

MICHAEL ALLEN COATES,
                Defendant.

**NOTICE**

Case Number: 10CR269-D
Interpreter Needed: No

TYPE OF CASE:

**Criminal**

**TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:**

| PLACE<br>Ewing T. Kerr Federal Courthouse<br>111 South Wolcott<br>Casper, WY 82601<br>Courtroom No. 1 | BEFORE<br>R. Michael Shickich, United States Magistrate Judge |
|---|---|
| | DATE AND TIME<br>October 4, 2010 at 4:15 pm |

TYPE OF PROCEEDING

**Detention Hearing/Arraignment**

                                      STEPHAN HARRIS
                                      Clerk of Court

October 1, 2010                              Tiffany Dyer
Date                                              Deputy Clerk

TO:
Stuart S Healy III                          US Probation
Corinne Miller                            Defendant through Counsel
US Marshal