# CRIMINAL MINUTE SHEET
☑ Arraignment / Change of Plea ☐

Date 10/04/10

Time 4:36 - 4:53 p.m.

Case No. 10CR269D
Interpreter No
Int. Phone

## USA vs. MICHAEL ALLEN COATES

| R. Michael Shickich | Deany Fondren | FTR | Eric Distad | Hoose |
|---|---|---|---|---|
| JUDGE | CLERK | CT REPORTER | PROBATION | MARSHAL |

APPEARANCES  Government  Steve Sharpe

Defendant  Corinne Miller
☑ CJA  ☐ FPD  ☐ RET  ☐ WAIVED

☐ Defendant waives Indictment
☐ Information filed by Government
☐ Superseding Indictment/Information filed by Government

**DEFENDANT ENTERS A PLEA OF**
☑ Not Guilty to Count(s)  1, 2, 3, 5-7  of an Indictment
☐ Guilty to Count(s)  of an Indictment
☐ Nolo Contendre

**NOT GUILTY PLEA**
☐ Court accepts Nolo Contendre Plea
☐ Court orders discovery per Rule 16 FRCrP
☐ Court orders access to Grand Jury Transcripts
☐ Motions to be filed in ___ days or on/before
☑ Trial date set for  12/6/2010  at  9:30 am
  In  Casper, Wyoming
☐ Other

**GUILTY PLEA**
☐ Court is satisfied there is factual basis for plea of guilty
☐ Defendant referred to probation for presentence investigation
☐ Defendant advised on consequences of a plea of guilty
☐ Plea Agreement filed
☐ Sentencing set for ___ at ___
  In ___
☐ Plea conditionally accepted
☐ Count(s) ___ to be dismissed at time of sentencing

**BOND IS**  ☑ Defendant is detained
☐ Set at $ ___   ☐ Cash or Surety  ☐ Unsecured
☐ Continued on the same terms and conditions
☐ Continued on bond with the additional conditions:
☐ Released on bond with the following conditions:

☐ 3rd party custody of ___
☐ Report to Pretrial Services as directed
☐ Maintain current residence
☐ Not use or possess firearms/ammunition/explosives
☐ Not use or possess alcohol
☐ Submit to drug/alcohol testing
☐ Surrender passport to ___
☐ Obey all laws. Federal, State and Local
☐ Undergo Medical/Psychiatric treatment/exam
☐ Other

☐ Seek/Maintain employment
☐ Travel restricted to ___
☐ Abide by the following curfew
☐ Not use or possess controlled substances/drugs
☐ Not use alcohol to excess
☐ Avoid all contact with ___
☐ Post property or sum of money ___
☐ Do not obtain passport