# United States District Court
## For The District of Wyoming

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff(s), | **NOTICE** |
| vs. | |
| MICHAEL ALLEN COATES,<br>Defendant(s). | Case Number: 10CR269D<br>Interpreter Needed: NO |

TYPE OF CASE:

### CRIMINAL

**TAKE NOTICE that a proceeding in this case has been SET for the place, date, and time set forth below:**

| PLACE<br>Ewing T. Kerr Federal Courthouse<br>111 South Wolcott<br>Casper, WY 82601<br>Courtroom No. 2 | BEFORE<br>William F. Downes<br>Chief United States District Judge |
|---|---|
| | DATE AND TIME<br>December 6, 2010, 9:30 a.m. |

TYPE OF PROCEEDING

### JURY TRIAL

STEPHAN HARRIS
Clerk of Court

October 5, 2010                                    Deany Fondren
Date                                               Deputy Clerk

TO:  Counsel of record